IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA L. HENDY,

      Petitioner,

v.                                                  No. CIV 11-905 RB/LFG

ARLENE HICKSON, Warden, and
GARY K. KING, Attorney General
for the State of New Mexico,

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed February 16, 2012 [Doc. 9]. Petitioner Cynthia L. Hendy ("Hendy") did not file objections, and the deadline for filing objections has passed. The Court accepts the Magistrate Judge's report and recommendation of dismissal with prejudice.

IT IS HEREBY ORDERED that the United States Magistrate Judge's Findings and Recommended Disposition are adopted by the Court.

IT IS FURTHER ORDERED that Petitioner Hendy's § 2241/2254 petition for habeas corpus is denied and that this matter is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE